UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KENNETH HIMMEL, et al.,

                          Plaintiff,                          09 Civ. 5073 (LMM) (DF)

        -against-                               **SCHEDULING ORDER**

COUNTRY IN NEW YORK, LLC,

                       Defendants.
------------------------------------------------------------------X

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 4/19/10]

**DEBRA FREEMAN, United States Magistrate Judge:**

      This matter having been referred to me by the Honorable Lawrence M. McKenna to recommend a determination as to the amount of attorneys' fees that should be awarded to plaintiffs in connection with the judgment granted by the Court, it is hereby ORDERED that:

      1.      Plaintiffs shall serve and file a properly-supported fee application no later than May 19, 2010.

      2.      Defendant shall serve and file any opposition to that application no later than June 18, 2010.

      3.      Plaintiff shall serve and file its reply, if any, no later than July 2, 2010.

Dated:  New York, New York
           April 19, 2010

                                                        SO ORDERED

                                                        _[signature]_
                                                        DEBRA FREEMAN
                                                        United States Magistrate Judge

Copies to:

Charles Addison Stewart, III, Esq.
Steward Occhipinti, LLP
1350 Broadway, Suite 2200
New York, NY 10018

Evan Ross Shusterman, Esq.
Heller, Horowitz & Feit, P.C.
292 Madison Avenue
New York, NY 10017